Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 01 C 7955 | **DATE** | 9/24/2004 |
| **CASE TITLE** | Allen, et al. vs. Navistar Intl. Corp. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry]  Plaintiffs' motion for preliminary approval of proposed settlement is granted. The Court approves the form of the class notice and authorizes the distribution of the class notice. The class notice is to be posted at locations agreed upon by the parties, and the class notice is to be printed in the Chicago Defender for two weeks. The plaintiffs' motion for attorney's fees and costs is granted in the amount of $208,000.00 to counsel for the plaintiffs. Any objections to the class settlement agreement are to be filed by 11/30/04. A fairness hearing on the class settlement will be set for 12/20/04 at 9:00 a.m.; any submission with regards to the fairness hearing are to be delivered to chambers by 12/14/04.
(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | Document Number |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | SEP 2 7 2004 | |
| | Notified counsel by telephone. | date docketed | |
| ✓ | Docketing to mail notices. | | 169 |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | |
| | | SEP 2 7 2004 | |
| | | date mailed notice | |
| mm | courtroom deputy's initials | | |
| | | Date/time received in central Clerk's Office | mailing deputy initials |